# United States Court of Appeals
## FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 26-5123**                    **September Term, 2025**

**1:25-cv-04316-RJL**

**Filed On:** April 17, 2026

National Trust for Historic Preservation in the
United States,

        Appellee

    v.

National Park Service, et al.,

        Appellants

**BEFORE:**    Millett, Rao, and Garcia, Circuit Judges

## O R D E R

Upon consideration of the emergency motion for stay pending appeal, it is

**ORDERED** that the district court's April 16, 2026 preliminary injunction be administratively stayed pending further order of the court. The purpose of this administrative stay is to give the court sufficient opportunity to consider the emergency motion for a stay pending appeal and should not be construed in any way as a ruling on the merits of that motion. See D.C. Circuit Handbook of Practice and Internal Procedures 33 (2025). It is

**FURTHER ORDERED** that consideration of the motion for stay be consolidated with consideration of the merits of this appeal. It is

**FURTHER ORDERED**, on the court's own motion, that this appeal be expedited. The following briefing schedule and format will apply:

| | |
|---|---|
| Brief of Appellants | May 8, 2026 |
| Joint Appendix | May 8, 2026 |
| Brief of Appellee | May 27, 2026 |
| Reply Brief of Appellants | June 1, 2026 |

**No. 26-5123**                                    **September Term, 2025**

The Clerk is directed to calendar this case for oral argument before this panel on June 5, 2026, at 9:30 a.m.

The parties are directed to hand deliver the paper copies of their briefs to the Clerk's office by 4:00 p.m. on the date due.

Appellants should raise all issues and arguments in the opening brief. The court ordinarily will not consider issues and arguments raised for the first time in the reply brief.

To enhance the clarity of their briefs, the parties are urged to limit the use of abbreviations, including acronyms. While acronyms may be used for entities and statutes with widely recognized initials, briefs should not contain acronyms that are not widely known. See D.C. Circuit Handbook of Practice and Internal Procedures 43-44 (2025); Notice Regarding Use of Acronyms (D.C. Cir. Jan. 26, 2010).

All briefs and appendices must contain the date that the case is scheduled for oral argument at the top of the cover. See D.C. Cir. Rule 28(a)(8).

**Per Curiam**

FOR THE COURT:
Clifton B. Cislak, Clerk

BY:    /s/
Lynda M. Flippin
Deputy Clerk